DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHAWN MORRIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3555

[January 31, 2019]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I Bober, Judge; L.T. Case Nos. 05-6515 CF10B and 05-6952 CF10B.

Anthawn Morris, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***